**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** | 19-56455

**Case Name** | Dean Drulias v. Michael Guthrie, et al.

Hearing Location (*city*) | Pasadena

Your Name | Jerome F. Birn, Jr.

List the sitting dates for the three sitting months you were asked to review:

December 7-11, 2020; January 11-15, 2021; February 1-5, 2021; February 8-12, 2021

Do you have an unresolvable conflict on any of the above dates? ○ Yes  ⦿ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

⦿ Yes  ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

Golub v. Gigamon Inc., et al., Case No. 19-16975
Hearing City: San Francisco (being considered for October - December 2020, including December 7-11, 2020)

**Signature** | s/ Jerome F. Birn, Jr.   **Date** | Aug 26, 2020

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 32**                                                                 *New 12/01/2018*